## CHAPTER 13 PLAN (Individual Adjustment of Debts)

**1st amended**

DEBTOR: Laura C. Gomez ____ JOINT DEBTOR: _____ CASE NO.: 16-11270-AJC

Last Four Digits of SS# XXX-1627    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.    $ 144.44 for months 1 to 60; in order to pay the following creditors:

Administrative:    Attorney's Fee $ 3,650.000    TOTAL PAID $ 850.00
Balance Due $ 2,800.00 payable $ 112.00 /month (Months 1 to 25 )

Secured Creditors:    [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None _____    Arrearage on Petition Date $_____
Address: _____    Arrears Payment $_____ /month (Months __ to __)
_____    Regular Payment $_____ /month (Months __ to __)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | | | | | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None _____    Total Due $_____
Payable  $_____ /month (Months____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $ 18.00 /month (Months 1 to 25 ) and $ 130.00 /month (Months 26 to 60 ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor will continue to pay her mortgage to Fay Servicing (Account No.XXX-6349) for her homestead property located at 320 W 19th Street, Hialeah, FL 33010. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____
Debtor
Date: 3/2/16

_____
Joint Debtor
Date: _____

LF-31 (rev. 01/08/10)